**Pat DUGGAN, Petitioner, v. John W. DELEHANT, Judge of the District Court of the United States for the District of Nebraska, Lincoln Division.**

**No. 12307.**

Circuit Court of Appeals, Eighth Circuit.

May 27, 1942.

Pat Duggan, pro se.

PER CURIAM.

Petition for appeal and appeal denied.

**Kerwin H. FULTON, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

**No. 81.**

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

Fred R. Angevine, of New York City, for petitioner.

Ellis. N. Slack, of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the first ground stated in the opinion of Tyson, Member, 41 B. T. A. 1037.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Gertrude B. CHASE, Respondent.**

**No. 258.**

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

Morton K. Rothschild, Spec. Asst. to Atty. Gen., for petitioner.

Truman Henson, of New York City, for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Groman v. Commissioner, 302 U.S. 82, 654, 58 S.Ct. 108, 82 L.Ed. 63, and Helvering v. Bashford, 302 U.S. 454, 58 S.Ct. 307, 82 L.Ed. 367.

**George KNUDSEN, Bankrupt, Appellant, v. FEDERAL. LAND BANK OF ST. PAUL.**

**No. 12311.**

Circuit Court of Appeals, Eighth Circuit.

May 28, 1942.

M. P. Schaefer, of Ivanhoe, Minn., for appellant.

John F. Lord, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, pursuant to stipulation.